ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Officer Lucas Turley, Sgt. David Mason and the
Las Vegas Metropolitan Police Department

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| BRIAN CHURCH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICER LUCAS TURLEY, in his individual and official capacity; SGT. DAVID MASON, in his official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X, inclusive; and ROE XI through XX, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-1198-RFB-DJA<br><br>**DEFENDANTS' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants Officer Lucas Turley, Sgt. David Mason, and the Las Vegas Metropolitan Police Department to file its response to Plaintiff's Complaint, said response being due on August 5, 2019, be extended until September 4, 2019.

### Reason for Extension

Because of the complexity of the claims made in Plaintiff's Complaint, Defendants require additional time to perform an investigation prior to filing a responsive pleading. This stipulation

…

…

…

…

4851-1504-1951.1

is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendants response to Plaintiff's Complaint.

Dated this 5th day of August, 2019.  Dated this 5th day of August, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP  E. BRENT BRYSON, P.C.

*/s/ Robert W. Freeman*  */s/ E. Brent Bryson*
Robert W. Freeman, Esq.  E. Brent Bryson, Esq.
Nevada Bar No. 3062  Nevada Bar No. 4933
6385 S. Rainbow Blvd., Suite 600  7730 W. Sahara Avenue, Suite 109
Las Vegas, Nevada 89118  Las Vegas, Nevada 89117
*Attorney for Defendants*  *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this 20th day of August, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

4851-1504-1951.1

2