ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Officer Lucas Turley, Sgt. David Mason and the
Las Vegas Metropolitan Police Department

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| BRIAN CHURCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICER LUCAS TURLEY, in his individual and official capacity; SGT. DAVID MASON, in his official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X, inclusive; and ROE XI through XX, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-1198-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FOURTH REQUEST]** |

　　　　Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including Monday, April 12, 2021. In addition, the parties request that the all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

　　　　1.　　On July 10, 2019, Plaintiff filed his Complaint in the United States District Court.

　　　　2.　　On September 18, 2019, Defendants filed their Answer to Complaint.

　　　　3.　　On October 17, 2019, the parties conducted an initial FRCP 26(f) conference

　　　　4.　　On November 4, 2019, the Court entered the Stipulated Discovery Order.

4845-4835-7077.1

5. On October 30, 2019, Plaintiff served his FRCP 26 Initial Disclosures on Defendant.

6. On November 13, 2019, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

7. On December 9, 2019, Defendant served written discovery on Plaintiff. Plaintiff's Responses were due on January 27, 2019.

8. On February 26, 2020, Plaintiff served written Discovery on Defendants. Defendants served their responses on June 10, 2020 and August 7, 2020.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendant will take the deposition of Plaintiff.

3. Plaintiff will take the deposition of Defendants Mason and Turley.

4. Plaintiff will take the deposition of Lt. Glaude.

5. The parties may take the depositions of any and all other witnesses garnered through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

The ongoing impact on discovery by the current COVID-19 crisis continues to constrain the parties' ability to complete discovery. Local, state, and national officials continue to warn that travel should be limited and/or avoided at this time to prevent further spread of the virus. Counsel for Defendants are practicing physical distancing and are working remotely. Due to these unexpected and rapidly changing circumstances, an extension of the close of discovery deadline is necessary so the parties may fully develop their respective cases in chief.. Compounding this are the upcoming holidays (Hanukkah, Christmas, and New Year's Day) and the parties' mutual intent not to unduly interfere with any of these celebrations during these trying times.

Additionally, Plaintiff's counsel, E. Brent Bryson, Esq., was the victim of an automobile accident wherein Mr. Bryson was rear-ended while stopped at a red light. Mr. Bryson suffered injuries which have required continued physical therapy and rest which has interfered with his office schedule.

Pursuant to the above, the parties have conferred and request an extension of the current deadlines as they currently will not suffice for the complexity and logistics of this.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the fourth request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Monday, January 11, 2021* | *Monday, April 12, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Closed* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Closed* | *Closed* |
| Dispositive Motions | *Wednesday, February 10, 2021* | *Wednesday, May 12, 2021* |
| Joint Pretrial Order | *Friday, March 12, 2021* | *Friday, June 11, 2021* |

…



WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of January 11, 2021, 2020, up to and including April 12, 2021, 2021, and the other dates as outlined in accordance with the table above.

Dated this 21st day of December, 2020.                    Dated this 21st day of December, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP          E. BRENT BRYSON, P.C.

/s/ Robert W. Freeman                                              /s/ E. Brent Bryson
Robert W. Freeman, Esq.                                         E. Brent Bryson, Esq.
Nevada Bar No. 3062                                               Nevada Bar No. 4933
6385 S. Rainbow Blvd., Suite 600                            3202 West Charleston Blvd.
Las Vegas, Nevada 89118                                        Las Vegas, Nevada 89102
*Attorney for Defendants*                                         *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE