```
1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  702.893.3383
   FAX: 702.893.3789
5  Attorneys for Defendants
   Officer Lucas Turley, Sgt. David Mason and the
6  Las Vegas Metropolitan Police Department
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CHURCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICER LUCAS TURLEY, in his individual and official capacity; SGT. DAVID MASON, in his official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X, inclusive; and ROE XI through XX, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-1198-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty-one (61) days, up to and including Monday, July 12, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Attorney for Plaintiff is currently preparing for criminal trial that is set to commence on April 26, 2021 and is expected to last two weeks, possibly longer. Further, the parties have agreed to conduct the deposition of Officer Turley the week of May 17, 2021-May 21, 2021.

This short extension will allow the parties enough time to obtain the necessary transcript prior to preparing their dispositive motions.

…

4835-8930-3526.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by sixty-on (61) days from the current deadline of May 12, 2021 up to and including July 12, 2021.

Dated this 21ˢᵗ day of April, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 21ˢᵗ day of April, 2021.

E. BRENT BRYSON, P.C.

/s/ E. Brent Bryson
E. Brent Bryson, Esq.
Nevada Bar No. 4933
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE