ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Officer Lucas Turley, Sgt. David Mason and the
Las Vegas Metropolitan Police Department

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN CHURCH,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER LUCAS TURLEY, in his individual and official capacity; SGT. DAVID MASON, in his official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X, inclusive; and ROE XI through XX, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-1198-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendants' Reply in Support of Motion for Summary Judgment in the above-captioned case forty-three (43) days, up to and including Friday, November 12, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Attorney for Defendant is currently preparing motions that are due in *Latham v. Henderson*, case number A-19-790017-C; *Juma v. Clark County*, case number 2:20-cv-00120-JCM-EJY; and *Perez, et al v. Ramos, et al*, case number 2:15-cv-1572-APG-DJA.

Further counsel will be out of the state from October 7, 2021 to October 18, 2021.

WHEREFORE, the parties respectfully request that this Court extend the time for the

4827-4833-4333.1

parties to file their dispositive motions by forty-three (43) days from the current deadline of September 30, 2021 up to and including November 12, 2021.

Dated this 27th day of September, 2021.        Dated this 27th day of September, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP        E. BRENT BRYSON, P.C.

*/s/ Robert W. Freeman*        */s/ E Brent Bryson*
Robert W. Freeman, Esq.        E. Brent Bryson, Esq.
Nevada Bar No. 3062        Nevada Bar No. 4933
6385 S. Rainbow Blvd., Suite 600        3202 West Charleston Blvd.
Las Vegas, Nevada 89118        Las Vegas, Nevada 89102
*Attorney for Defendants*        *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this 27th day of September, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

4827-4833-4333.1                                         2